No. 62888.—M. Pressner & Co. v. United States, protest 58/9141 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C.D. 1784), the claim of the plaintiff was sustained.

No. 62889.—F. W. Woolworth Co. v. United States, protests 175031–K and 175073–K (Baltimore).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of miniature metal figures the same in all material respects as those the subject of Abstract 61156, the claim of the plaintiff was sustained.

No. 62890.—Premium Wares, Inc. v. United States, protest 229403–K (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation that the merchandise is composed of colored polystyrene, which is similar in use, material, quality, and texture to salad bowls, composed of wood, the claim of the plaintiff was sustained.